NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACROW CORPORATION OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MABEY BRIDGE & SHORE, INC.,**
*Defendant-Appellee.*

---

2011-5035

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-682, Judge Christine O.C. Miller.

---

**ON MOTION**

---

# ORDER

Mabey Bridge & Shore, Inc. moves for a 45-day extension of time, until July 11, 2011, to file its brief. Acrow Corporation of America opposes. The United States does not oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__JUN 15 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 15 2011

cc: Thomas A. Coulter, Esq.
Lartease M. Tiffith, Esq.
David Z. Bodenheimer, Esq.

JAN HORBALY
·CLERK

s19